IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTTIE H. GIBSON, §<br>#201901879, §<br>       Petitioner, §<br>§<br>v. §<br>§<br>DALE S. HANNA, §<br>       Respondent. § | No. 3:22-cv-02057-M (BT) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 9, 2022. The Court has reviewed the Findings, Conclusion, and Recommendation for plain error and has found none. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court certifies that Plaintiff's appeal is not in good faith, would not present any legal point of arguable merit, and would be frivolous.

**SO ORDERED** this 4th day of January, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE